**Fill in this information to identify the case:**

Debtor name McNatt Farms

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known) 26-81736

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* 20 Largest Unsecured Claims
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2026

*X* /s/ Perry A. McNatt
Signature of individual signing on behalf of debtor

Perry A. McNatt
Printed name

Partner
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McNatt Farms

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known) 26-81736

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ 2,793,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ 6,983,188.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ 9,776,188.00 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ 12,483,170.53 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ 0.00 |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ 0.00 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 12,483,170.53 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy
Case 26-81736-CRJ11 Doc 33 Filed 08/21/26 Entered 08/21/26 10:02:20 Desc Main Document Page 2 of 37

**Fill in this information to identify the case:**

Debtor name McNatt Farms

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known) 26-81736

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☒ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested**<br>Corn; Cotton; Soybeans; Wheat; Sweet Corn; Canola | $1,207,294.00 | Crop Insurance Value | $1,207,294.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)*<br>2012 JOHN DEERE 7760 COTTON PICKER S/N: 1N07760XHC0040137 | $450,000.00 | | $450,000.00 |
| | 2023 4412F30 HEAD CORN Tag 138052 (S/N 906744017) | $109,728.00 | | $109,728.00 |
| | 2020 9250 COMBINE Tag 146382 (S/N YLG242741) | $439,405.00 | | $439,405.00 |
| | 2023 FD140 CIH HEAD DRAPER Tag A71899 (S/N CI STOCK) | $89,500.00 | | $89,500.00 |
| | 2012 John Deere 7760 COTTON PICKER (S/N 1N07760XTC0050265) | $450,000.00 | | $450,000.00 |
| | 2019 ZIMMATIC CENTER PIVOT #3662 | $175,000.00 | | $175,000.00 |
| | 2018 FREIGHTLINER #4297 | $180,000.00 | | $180,000.00 |
| | 2008 KBH HOPPER BOTTOM #5690 | $20,000.00 | | $20,000.00 |
| | 2014 PETERBILT #5619 | $77,790.00 | | $77,790.00 |
| | 2015 John Deere 9420r Tractor 4WD No: #1RW9420RAEP016179 | $0.00 | | $0.00 |
| | 2015 John Deere 460 Hicycle Sprayer S/N: 033331 | $125,000.00 | | $125,000.00 |
| | 2012 John Deere 7760 Cotton Picker, S/N 1N07760XHC0040137 | $450,000.00 | | $450,000.00 |
| | 2006 JD 7810 #7810090821 | $55,000.00 | | $55,000.00 |
| | 2019 ZIMMATIC PIVOT #3661 | $175,000.00 | | $175,000.00 |
| | 2019 ZIMMATIC PIVOT #4178 | $175,000.00 | | $175,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 2019 ZIMMATIC PIVOT #9082 | $175,000.00 | | $175,000.00 |
| 2019 ZIMMATIC PIVOT #9772 | $175,000.00 | | $175,000.00 |
| 2019 ZIMMATIC PIVOT | $175,000.00 | | $175,000.00 |
| 2006 JD 7810 TRACTOR #7810090821 | $55,000.00 | | $55,000.00 |
| 1982 JD 4620 TRACTOR | $15,000.00 | | $15,000.00 |
| 1936 JD TRACTOR | $3,500.00 | | $3,500.00 |
| 1942 JD TRACTOR | $2,500.00 | | $2,500.00 |
| 1988 JD 870 TRACTOR #M00870B160048 | $8,500.00 | | $8,500.00 |
| 2023 JD 8130 TRACTOR #RW81309003169 | $105,000.00 | | $105,000.00 |
| 2022 CASE IH STE 620QT TRACTOR #JEEZC620ANF504345 | $529,000.00 | | $529,000.00 |
| 2023 JD 700H DOZER #T0700HX928748 | $80,000.00 | | $80,000.00 |
| 2023 VOLVO EXCAVATOR #VCEC210CT00111542 | $120,000.00 | | $120,000.00 |
| 2019 JD 5444L WHEEL LOADER 1 DW544LZAKF699672 | $180,000.00 | | $180,000.00 |
| 2023 KBH TANK 1600 #1 FVACWAK94HM6638B | $5,600.00 | | $5,600.00 |
| 2009 JD 177024 ROW PLANTER #A01770E735112 | $100,000.00 | | $100,000.00 |
| 2009 JD 1690AIR DRILL#A01690S710230 | $25,000.00 | | $25,000.00 |
| 2023 KELLY 45 DIMAOND #232 | $71,000.00 | | $71,000.00 |
| 2023 JD ROTARY CUTTER #202925 | $8,000.00 | | $8,000.00 |
| 2023 JD ROTARY CUTTER #202925 | $10,000.00 | | $10,000.00 |
| 2023 RHINO ROTARY CUTTER #40234 | $15,000.00 | | $15,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 2022 MAJOR CYCLONE SHREDDER #MJ30-920 | $40,000.00 | | $40,000.00 |
| 2019 RHINO ROTARY CUTTER #40234 | $15,000.00 | | $15,000.00 |
| 2023 JD 4630 SPRAYER #1 N04630XEC0018807 | $140,000.00 | | $140,000.00 |
| 2012 JD 4730 SPRAYER #1 N04730XJB0018339 | $137,800.00 | | $137,800.00 |
| 2004 PETERBILT #7395 | $120,377.00 | | $120,377.00 |
| 2004 PETERBILT #7392 | $120,377.00 | | $120,377.00 |
| 2004 FREIGHTLINER #6388 | $68,069.00 | | $68,069.00 |
| 1995 INTERNATIONAL #4549 | $39,188.00 | | $39,188.00 |
| 2007 KBH HOPPER BOTTOM #3030 | $20,000.00 | | $20,000.00 |
| 2007 KBH HOPPER BOTTOM #3040 | $20,000.00 | | $20,000.00 |
| 2013 KAUFMAN LOWBOY #2126 | $38,000.00 | | $38,000.00 |
| 2008 EAST DUMP BED TRAILER #3280 | $15,000.00 | | $15,000.00 |
| 2008 KBH HOPPER BOTTOM #5690 | $20,000.00 | | $20,000.00 |
| 2014 PETERBILT #5619 | $77,790.00 | | $77,790.00 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. **$6,908,418.00**

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2012 GMC 3500 #1572 | $37,825.00 | | $37,825.00 |
| 47.2. 2016 CHEVROLET 3500 #6336 | $36,945.00 | | $36,945.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** $74,770.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | HAYS MILL RD-07 03 08 0 000 012.000 | | $439,800.00 | Tax records | $439,800.00 |
| 55.2. | RICHARD MARTIN TRAIL, ELKMONT AL 35620-07 03 08 0 000 012.001 | | $12,300.00 | Tax records | $12,300.00 |
| 55.3. | AL HWY 127-07 04 17 0 000 013.000 | | $122,400.00 | Tax records | $122,400.00 |
| 55.4. | AL HWY 127-07 04 17 0 000 013.001 | | $80,000.00 | Tax records | $80,000.00 |
| 55.5. | AL HWY 127-07 04 18 0 000 001.001 | | $204,100.00 | Tax records | $204,100.00 |
| 55.6. | AL HWY 127-07 04 18 0 000 001.005 | | $155,600.00 | Tax records | $155,600.00 |
| 55.7. | 18477 COFFMAN RD, ELKMONT AL 35620-07 04 18 0 000 008.000 | | $1,685,500.00 | Tax records | $1,685,500.00 |
| 55.8. | UPPER FORT HAMPTON, ELKMONT-02 09 29 0 002 013.000 | | $93,300.00 | Tax records | $93,300.00 |
| 55.9. | Limestone County FSN# 15, 139, 308, 420, 466, 615, 2387, 2431, 2939, 3814, 4757, 5187, 6778, 6993, 7124, 7399, 7402, 7567, 7585, 7652, 7732, 7733, 7734, 7788, 7789, 8038, 8149, 8328, 8374, 8471, 8608, 8620, 8635, 8671, 9291, 9431, 9469, 9657, 9657, 9657, 9729, 9730 | | $0.00 | | $0.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| 55.10. | 280.61 acres in Hale County, AL- Deed Reference: Book A136, Page 267, Hale County Probate Office; 281.50 acres in Hale County, AL- Deed Reference: Book A143, Page 783, Hale County Probate Office; Parcels 36-22-08-33-0-000-002 and 36-22-08-34-0-000-008 | Joint tenant | $0.00 | | Unknown |
| 55.11. | Farm Land in Marengo County, AL Parcel No. 48-08-02-03-0-000-002 and 48-08-02-04-0-000-001 | | $0.00 | | $0.00 |

56. **Total of Part 9.** $2,793,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| 3 - LARGE DEEP WATER WELLS - LOCATED ON ALLENVILLE ROAD, GALLION (Marengo County) ALABAMA 36738 | Unknown |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $6,908,418.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $74,770.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*..................> | | | $2,793,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $6,983,188.00 | + 91b. | $2,793,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $9,776,188.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McNatt Farms

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known) 26-81736

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| **2.1** Agrifund, LLC | $460,000.00 | $1,207,294.00 |
| **2.2** CNH Industrial Capital America, LLC | $114,683.49 | $0.00 |

**2.1 Agrifund, LLC**
Creditor's Name

16415 Addison Rd., Suite 170
Addison, TX 75001
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Agrifund, LLC
2. FIRST SOUTHERN BANK
3. Simplot AB Retail, Inc.

**Describe debtor's property that is subject to a lien**
Corn; Cotton; Soybeans; Wheat; Sweet Corn; Canola; Limestone County FSN# 15, 139, 308, 420, 466, 615, 2387, 2431, 2939, 3814, 4757, 5187, 6778, 6993, 7124, 7399, 7402, 7567, 7585, 7652, 7732, 7733, 7734, 7788, 7789, 8038, 8149, 8328, 8374, 8471, 8608, 8620, 8635, 8671, 9291, 9431, 9469, 9657, 9657, 9657, 9729, 9730

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 CNH Industrial Capital America, LLC**
Creditor's Name

5729 Washington Avenue
Racine, WI 53406
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Last 4 digits of account number**
9626

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 CNH Industrial Capital America, LLC
Creditor's Name

5729 Washington Avenue
Racine, WI 53406
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3282

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 FD140 CIH HEAD DRAPER Tag A71899 (S/N CI STOCK)

$90,914.30 $89,500.00

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 CNH Industrial Capital America, LLC
Creditor's Name

5729 Washington Avenue
Racine, WI 53406
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9815

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

$35,714.50 $0.00

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 CNH Industrial Capital America, LLC
Creditor's Name

5729 Washington Avenue
Racine, WI 53406
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$16,184.13 $0.00

**Describe the lien**
Promissory Note



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9816

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 CNH Industrial Capital America, LLC
Creditor's Name

5729 Washington Avenue
Racine, WI 53406
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
8545

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2015 John Deere 9420r Tractor 4WD No: #1RW9420RAEP016179

$203,420.43 $0.00

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 CNH Industrial Capital America, LLC
Creditor's Name

5729 Washington Avenue
Racine, WI 53406
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0127

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2012 JD 4730 SPRAYER #1 N04730XJB0018339

$97,319.84 $137,800.00

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 CNH Industrial Capital America, LLC

**Describe debtor's property that is subject to a lien**

$528,268.25 $529,000.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Creditor's Name

5729 Washington Avenue
Racine, WI 53406
Creditor's mailing address

2022 CASE IH STE 620QT TRACTOR
#JEEZC620ANF504345

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9249

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 CNH Industrial Capital America, LLC
Creditor's Name

**Describe debtor's property that is subject to a lien** $94,965.02 $0.00

5729 Washington Avenue
Racine, WI 53406
Creditor's mailing address

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2342

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 DEERE & COMPANY
Creditor's Name

**Describe debtor's property that is subject to a lien** $0.00 $125,000.00
2015 John Deere 460 Hicycle Sprayer S/N: 033331

6400 NW 86TH STREET
Johnston, IA 50131
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
11-21-2016

**Last 4 digits of account number**
2380

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

including this creditor and its relative priority.

☐ Unliquidated
☒ Disputed

---

2.1 1 FIRST SOUTHERN BANK
Creditor's Name

**Describe debtor's property that is subject to a lien**
2019 ZIMMATIC CENTER PIVOT #3662; 2019 ZIMMATIC PIVOT #3661; 2019 ZIMMATIC PIVOT #4178; 2019 ZIMMATIC PIVOT #9082; 2019 ZIMMATIC PIVOT #9772; 2019 ZIMMATIC PIVOT ; HAYS MILL RD-07 03 08 0 000 012.000; RICHARD MARTIN TRAIL, ELKMONT AL 35620-07 03 08 0 000 012.001; AL HWY 127-07 04 17 0 000 013.000; AL HWY 127-07 04 17 0 000 013.001; AL HWY 127-07 04 18 0 000 001.001; AL HWY 127-07 04 18 0 000 001.005; 18477 COFFMAN RD, ELKMONT AL 35620-07 04 18 0 000 008.000; UPPER FORT HAMPTON, ELKMONT-02 09 29 0 002 013.000; 280.61 acres in Hale County, AL- Deed Reference: Book A136, Page 267, Hale County Probate Office; 281.50 acres in Hale County, AL- Deed Reference: Book A143, Page 783, Hale County Probate Office; Parcels 36-22-08-33-0-000-002 and 36-22-08-34-0-000-008; Farm Land in Marengo County, ALParcel No. 48-08-02-03-0-000-002 and 48-08-02-04-0-000-001; 3 - LARGE DEEP WATER WELLS - LOCATED ON ALLENVILLE ROAD, GALLION (Marengo County) ALABAMA 36738

$8,552,529.25 Unknown

P.O. BOX 777
Florence, AL 35631
Creditor's mailing address

**Describe the lien**
Commercial Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
05/19/2023

**Last 4 digits of account number**
2710

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. FIRST SOUTHERN BANK
2. Joseph B McConnell

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.1 2 FIRST SOUTHERN BANK
Creditor's Name
P.O. BOX 777

**Describe debtor's property that is subject to a lien**
Corn; Cotton; Soybeans; Wheat; Sweet Corn;

$1,589,171.32 Unknown



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Florence, AL 35631

Canola; 2012 JOHN DEERE 7760 COTTON PICKER S/N: 1N07760XHC0040137; 2012 John Deere 7760 Cotton Picker, S/N 1N07760XHC0040137; 280.61 acres in Hale County, AL- Deed Reference: Book A136, Page 267, Hale County Probate Office; 281.50 acres in Hale County, AL- Deed Reference: Book A143, Page 783, Hale County Probate Office; Parcels 36-22-08-33-0-000-002 and 36-22-08-34-0-000-008; Farm Land in Marengo County, ALParcel No. 48-08-02-03-0-000-002 and 48-08-02-04-0-000-001

Creditor's mailing address

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
June 2024

**Last 4 digits of account number**
3010

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.11

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 FIRST SOUTHERN BANK

Creditor's Name

P.O. BOX 777
Florence, AL 35631

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
3 - LARGE DEEP WATER WELLS - LOCATED ON ALLENVILLE ROAD, GALLION (Marengo County) ALABAMA 36738

Unknown | Unknown

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/8/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.11

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 Joseph B McConnell

Creditor's Name

c/o Anne Burrows
102 S. Jefferson St.
Athens, AL 35611

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
HAYS MILL RD-07 03 08 0 000 012.000

$300,000.00 | $439,800.00

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | |
|---|---|
| Creditor's email address, if known<br><br>**Date debt was incurred**<br>June 18, 2025<br>**Last 4 digits of account number** | ☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.11 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | | |
|---|---|---|---|---|
| 2.15 | Simplot AB Retail, Inc.<br>Creditor's Name<br>d/b/a Simplot Grower Solutions<br>1099 W. FRONT ST.<br>Boise, ID 83702<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Corn; Cotton; Soybeans; Wheat; Sweet Corn; Canola<br><br>**Describe the lien**<br>Revolving Line of Credit<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | $400,000.00 | $1,207,294.00 |
| | Creditor's email address, if known<br><br>**Date debt was incurred**<br>3-21-2025<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $12,483,170.53

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Helmsing Leach<br>c/o Joshua D. Friedman<br>Jeffrey J. Hartley<br>150 Government St. Ste. 2000<br>Mobile, AL 36602 | Line 2.1 | |
| Robert P. Reynolds<br>Reynolds, Reynolds & Little, LLC<br>2115 Maxie Thomas Way<br>Tuscaloosa, AL 35403 | Line 2.11 | |
| Robert P. Reynolds<br>Reynolds, Reynolds & Little, LLC<br>2115 Maxie Thomas Way<br>Tuscaloosa, AL 35403 | Line 2.12 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | |
|---|---|
| USDA Limestone FSA Office<br>1795 US Hwy 72E<br>Suite 3<br>Athens, AL 35611 | Line 2.1 |
| Wilmington Trust, N.A., Collateral Agent<br>1100 North Market Street<br>Wilmington, DE 19890 | Line 2.1 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McNatt Farms

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known) 26-81736

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** _____

Is the claim subject to offset? ☐ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 0.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McNatt Farms

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known) 26-81736

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/3 share | Amy Alvis<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/4 share | Anne Maples Hamner<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Landlord/Land Lease - $4,500 Rent | Ashley Kimbrel<br>110 Warner Bridge Rd.<br>Shelbyville, TN 37160 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/4 share | Betty Campbell<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| State the term remaining | | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/4 share | Billy Maples<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Landlord/Land Lease - $1,500 Rent | Carol Usery<br>P.O. Box 121<br>38455 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/4 share | Carolyn Robinson<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Landlord/Land Lease - $2,000 Rent | Charles Christensen<br>18985 Upper Fort Hampton<br>Elkmont, AL 35620 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Landlord/Land Lease - $7,000 Rent | Christel Springs Farm LLC<br>c/o David Moore<br>515 Glencoe Rd.<br>Huntsville, AL 35802 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Landlord/Land Lease - $700 Rent | Cynthia Leonard<br>24944 Savannah Trail<br>Athens, AL 35613 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/4 share | David Chastain<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/4 Share | Dennis Black<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/4 share | Eli Christopher<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/4 share | Eric Lester<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Land Lease 1/4 share | Glenda Rogers<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Landord/Land Lease - $1,200 Rent | Homer Pack, Jr.<br>19664 AL Hwy 127<br>Athens, AL 35611 |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Land Lease 1/3 share | Jean Huber<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Land Lease | Jerrie Smith<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Land Lease 1/3 share | Joe Douthit<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/4 share | |
| State the term remaining | | Judy Evans<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| List the contract number of any government contract | | |
| 2.21. State what the contract or lease is for and the nature of the debtor's interest | Landlord/Land Lease - $750 Rent | |
| State the term remaining | | Karen Sherbert<br>1203 Aster St.<br>Athens, AL 35613 |
| List the contract number of any government contract | | |
| 2.22. State what the contract or lease is for and the nature of the debtor's interest | Landlord/Land Lease - $700 Rent | |
| State the term remaining | | Kay Loggins<br>21198 Loggins Rd.<br>Athens, AL 35614 |
| List the contract number of any government contract | | |
| 2.23. State what the contract or lease is for and the nature of the debtor's interest | Land Lease | |
| State the term remaining | | Kelly Johnson<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| List the contract number of any government contract | | |
| 2.24. State what the contract or lease is for and the nature of the debtor's interest | Land Lease 1/3 share | |
| State the term remaining | | Kerri Trutt<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/4 share | Linda Atkinson<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/3 share | Linda Huber<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/4 Share | Margaret N. Burt Trust<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Landlord/Land Lease 1/4 share - $350 Rent | Mark Durm<br>19365 Edgewood Rd.<br>Athens, AL 35611 |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/4 share | Morgan Hobbs<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Landlord/Land Lease - $3,000 Rent | Nancy Berry<br>3456 Dresdan Dr.<br>Montgomery, AL 36111 |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Land Lease 1/3 share | Paul Labathe<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Landlord/Land Lease - $2,000 Rent | Roy Usery<br>1564 Lake Fox Rd.<br>Chancellor, AL 36316 |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Land Lease 1/4 share | Stephanie Lester<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>35611 |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Land Lease 1/3 share | Susan Nelson<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/4 share | Ted McNatt<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/4 share | Tommy Maples<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>Athens, AL 35611 |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Landlord/Land Lease - $12,000 Rent | Virgle Murphy<br>20587 Piney Chapel Rd.<br>Athens, AL 35614 |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Land Lease 1/3 share | Wanda Nelson<br>c/o Billy Sickler<br>Associated Growers Co-op<br>15031 Brownsferry Rd.<br>35611 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name McNatt Farms

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known) 26-81736

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Deborah Phillips McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | Agrifund, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.2 | Deborah Phillips McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | FIRST SOUTHERN BANK | ☒ D 2.11<br>☐ E/F<br>☐ G |
| 2.3 | Deborah Phillips McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | Simplot AB Retail, Inc. | ☒ D 2.15<br>☐ E/F<br>☐ G |
| 2.4 | Deborah Phillips McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | FIRST SOUTHERN BANK | ☒ D 2.12<br>☐ E/F<br>☐ G |
| 2.5 | Perry A. McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | Agrifund, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.6 | Perry A. McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | FIRST SOUTHERN BANK | ☒ D 2.11<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page to List More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | Perry A. McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | DEERE & COMPANY | ☒ D 2.10<br>☐ E/F<br>☐ G |
| 2.8 | Perry A. McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | Simplot AB Retail, Inc. | ☒ D 2.15<br>☐ E/F<br>☐ G |
| 2.9 | Perry A. McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | FIRST SOUTHERN BANK | ☒ D 2.12<br>☐ E/F<br>☐ G |
| 2.10 | Perry A. McNatt | 18946 Upper Ft. Hampton Rd.<br>Elkmont, AL 35620 | Joseph B McConnell | ☒ D 2.14<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama, Northern Division

In re McNatt Farms — Debtor(s)

Case No. 26-81736
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 26,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 26,000.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 21, 2026
*Date*

/s/ Stuart Maples
Stuart Maples asb-1974-s69s
*Signature of Attorney*
Thompson Burton PLLC
200 CLINTON AVE. W
Huntsville , AL 35801
(256) 489-9779 Fax:
smaples@thompsonburton.com
*Name of law firm*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Alabama, Northern Division**

| | | | |
|---|---|---|---|
| In re | McNatt Farms | Case No. | 26-81736 |
| | Debtor(s) | Chapter | 11 |

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 21, 2026

/s/ Perry A. McNatt
Perry A. McNatt/Partner
Signer/Title

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Agrifund, LLC
16415 Addison Rd., Suite 170
Addison, TX 75001

Amy Alvis
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Anne Maples Hamner
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Ashley Kimbrel
110 Warner Bridge Rd.
Shelbyville, TN 37160

Betty Campbell
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Billy Maples
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Carol Usery
P.O. Box 121
38455

Carolyn Robinson
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Charles Christensen
18985 Upper Fort Hampton
Elkmont, AL 35620

Christel Springs Farm LLC
c/o David Moore
515 Glencoe Rd.
Huntsville, AL 35802

CNH Industrial Capital America, LLC
5729 Washington Avenue
Racine, WI 53406

Cynthia Leonard
24944 Savannah Trail
Athens, AL 35613

David Chastain
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Deborah Phillips McNatt
18946 Upper Ft. Hampton Rd.
Elkmont, AL 35620

DEERE & COMPANY
6400 NW 86TH STREET
Johnston, IA 50131

Dennis Black
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Eli Christopher
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Eric Lester
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

FIRST SOUTHERN BANK
P.O. BOX 777
Florence, AL 35631

Glenda Rogers
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Helmsing Leach
c/o Joshua D. Friedman
Jeffrey J. Hartley 150 Government St. St
Mobile, AL 36602

Homer Pack, Jr.
19664 AL Hwy 127
Athens, AL 35611

Jean Huber
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Jerrie Smith
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Joe Douthit
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Joseph B McConnell
c/o Anne Burrows
102 S. Jefferson St.
Athens, AL 35611

Judy Evans
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Karen Sherbert
1203 Aster St.
Athens, AL 35613

Kay Loggins
21198 Loggins Rd.
Athens, AL 35614

Kelly Johnson
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Kerri Trutt
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Linda Atkinson
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Linda Huber
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Margaret N. Burt Trust
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Mark Durm
19365 Edgewood Rd.
Athens, AL 35611

Morgan Hobbs
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Nancy Berry
3456 Dresdan Dr.
Montgomery, AL 36111

Paul Labathe
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Perry A. McNatt
18946 Upper Ft. Hampton Rd.
Elkmont, AL 35620

Robert P. Reynolds
Reynolds, Reynolds & Little, LLC
2115 Maxie Thomas Way
Tuscaloosa, AL 35403

Roy Usery
1564 Lake Fox Rd.
Chancellor, AL 36316

Simplot AB Retail, Inc.
d/b/a Simplot Grower Solutions
1099 W. FRONT ST.
Boise, ID 83702

Stephanie Lester
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
35611

Susan Nelson
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Ted McNatt
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

Tommy Maples
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
Athens, AL 35611

USDA Limestone FSA Office
1795 US Hwy 72E
Suite 3
Athens, AL 35611

Virgle Murphy
20587 Piney Chapel Rd.
Athens, AL 35614

Wanda Nelson
c/o Billy Sickler
Associated Growers Co-op 15031 Brownsfer
35611

Wilmington Trust, N.A., Collateral Agent
1100 North Market Street
Wilmington, DE 19890